1  MEGAN K. SMITH (S.B. #307381)
   megansmith@omm.com
2  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 8th Floor
3  Los Angeles, CA 90067
   Telephone: (310) 553-6700
4  Facsimile: (310) 246-6779

5  ABBY F. RUDZIN (*pro hac vice* forthcoming)
   arudzin@omm.com
6  O'MELVENY & MYERS LLP
   1301 Avenue of the Americas, 17th Floor
7  New York, NY 10019
   Telephone: (212) 326-2033
8  Facsimile: (212) 326-2061

9  *Counsel for Plaintiffs*
   *Glencairn IP Holdings Ltd. and*
10 *Glencairn Crystal Studio Ltd.*

11              **UNITED STATES DISTRICT COURT**

12             **EASTERN DISTRICT OF CALIFORNIA**

13 GLENCAIRN IP HOLDINGS LTD., and          Case No. 2:24-cv-02767-SCR
   GLENCAIRN CRYSTAL STUDIO LTD.,
14                                          **STIPULATED PERMANENT**
                  Plaintiffs,              **INJUNCTION**
15
16          v.

17 WINE-N-GEAR,

18                Defendant.

19

20

21

22

23

24

25

26

27

28

1.     **WHEREAS**, on or about October 7, 2024, plaintiffs Glencairn IP Holdings Ltd. and Glencairn Crystal Studio Ltd. (collectively, "Glencairn") filed a Complaint against defendant Wine-n-Gear in this Court alleging claims under federal law, state law, and common law for counterfeiting, trade dress and trademark infringement, trade dress and trademark dilution, and unfair competition concerning Wine-n-Gear's unauthorized use of Glencairn's incontestable intellectual property rights in the distinctive shape of the GLENCAIRN® Glass (the "GLENCAIRN® Trade Dress"), including United States Registration No. 5,024,360, and the GLENCAIRN® name (the "GLENCAIRN® Word Mark"), including United States Registration No. 4,336,696; and

2.     **WHEREAS**, the parties have reached a settlement of their disputes, and Wine-n-Gear has agreed to stipulate to the issuance of the permanent injunction sought by Glencairn;

3.     **NOW THEREFORE,** the parties hereby stipulate that Wine-n-Gear shall be permanently enjoined as follows:

## I.    JURISDICTION & VENUE

This action arises under the Lanham Act, 15 U.S.C. §§ 1114, 1125, and the statutory and common-law actions for trademark counterfeiting, trade dress and trademark infringement, trade dress and trademark dilution, and unfair competition.  This Court has jurisdiction over the subject matter of and parties to this action and, to the extent necessary to enforce this Order, over each of the parties consenting to this Order, through the application of 15 U.S.C. §§ 1116, 1118, 1121, 1124 and 1125, and 28 U.S.C. §§ 1331, 1338 and 1367.  This Court has personal jurisdiction over Wine-n-Gear and venue is proper in this judicial district.

## II.    PERMANENT INJUNCTION

1.   Wine-n-Gear, its agents, servants, officers, directors, employees, and all persons acting in concert with it, shall be restrained and enjoined from directly or indirectly:

   a.   manufacturing, distributing, marketing, advertising, promoting, soliciting, accepting orders for, selling, offering for sale, or importing into the United States, or causing others to manufacture,

distribute, market, advertise, promote, solicit, accept orders for, sell, offer for sale, or import into the United States, the glasses depicted in Exhibit 1 to this Stipulated Injunction (the "Infringing Products"), and any other products bearing or incorporating the GLENCAIRN® Trade Dress, as depicted in Exhibit 2, or any colorable imitation or variation that is confusingly or substantially similar to the GLENCAIRN® Trade Dress;

b. advertising, marketing, or otherwise using the word GLENCAIRN® or any colorable imitation or variation that is confusingly or substantially similar to the GLENCAIRN® Word Mark, as depicted in Exhibit 3;

c. infringing upon or performing any act that is likely to injure Glencairn's intellectual property rights, including using the GLENCAIRN® Trade Dress or GLENCAIRN® Word Mark, or any colorable imitation or variation thereof;

d. representing, by express representation, or by implication, that Wine-n-Gear, its products, services, or business is or was at any time affiliated or connected in any way with Glencairn, or with Glencairn's parents, subsidiaries, affiliates, licensees, successors, or assigns; and

e. committing any other acts that infringe or that are likely to infringe the GLENCAIRN® Trade Dress or GLENCAIRN® Word Mark— the validity and enforceability of which Wine-n-Gear hereby acknowledges—or Glencairn's other intellectual property rights;

2. Wine-n-Gear, to the extent it has not already done so, shall immediately destroy, or cause to be destroyed, all versions of the Infringing Products, to the extent it possesses the Infringing Products, and their packaging and all advertising, marketing, or promotional materials that bear trademarks or trade dress that are nearly identical or

confusingly similar to the GLENCAIRN® Trade Dress or GLENCAIRN® Word Mark, or any colorable imitation or variation thereof.

3.  This Permanent Injunction shall be binding upon Wine-n-Gear as well as its principals, officers, directors, shareholders, employees, agents, subsidiaries, parents, affiliates, heirs, legal representatives, assigns, and successors.

4.  This Permanent Injunction shall be deemed to have been served upon Wine-n-Gear at the time of execution by this Court.

5.  Upon the Court's entry of this Permanent Injunction against Wine-n-Gear, this action shall be dismissed with prejudice.

6.  No appeals shall be taken from this Permanent Injunction, and the parties waive all rights to appeal.

7.  This Court will retain jurisdiction to enforce this Permanent Injunction.

**IN WITNESS WHEREOF**, the parties hereto have stipulated to this Permanent Injunction on this <u>31</u> day of January, 2025.

STIPULATED PERMANENT INJUNCTION

1    Dated: January 31, 2025                           O'MELVENY & MYERS LLP

2

3                                                      By:    /s/ Megan K. Smith

4                                                             Megan K. Smith

5                                                      *Counsel for Plaintiffs*
                                                       *Glencairn IP Holdings Ltd. and*
6                                                      *Glencairn Crystal Studio Ltd.*

7

8

9

10   Dated: January 31, 2025                           SHEPPARDMULLIN

11

12                                                     By:    /s/ Darren M. Franklin

13                                                            Darren M. Franklin

14                                                     *Counsel for Defendant*
                                                       *Wine-n-Gear*
15

16   **IT IS SO ORDERED.**

17

18   Dated: February 5, 2025

19

20

                                                       SEAN C. RIORDAN
21                                                     UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

                                            - 4 -        STIPULATED PERMANENT INJUNCTION